PHILLIPS v. AMERICAN UNION FIRE INS. CO. OF PHILADELPHIA, PA., et al. (No. 7335.)

(Supreme Court, Appellate Division, First Department.   May 14, 1915.)

1. ABATEMENT AND REVIVAL ⬳39—DISSOLUTION OF CORPORATION.
    On dissolution of a defendant corporation, the action abates as to it.
    [Ed. Note.—For other cases, see Abatement and Revival, Cent. Dig. §§ 194–204; Dec. Dig. ⬳39.]

2. PARTIES ⬳59—SUBSTITUTION DEFENDANT.
    The party succeeding to all the rights of an original corporation defendant, on whose dissolution the action against it abated, is entitled to be substituted as defendant in the action.
    [Ed. Note.—For other cases, see Parties, Cent. Dig. §§ 90–94, 165; Dec. Dig. ⬳59.]

Appeal from Special Term, New York County.

Action by Harry E. Phillips against the American Union Fire Insurance Company of Philadelphia. From an order granting the motion of Charles Johnson, Commissioner of Insurance of the Commonwealth of Pennsylvania, to be permitted to come in as an additional party defendant, plaintiff appeals.   Modified and affirmed.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Wendell P. Barker, of New York City, for appellant.
James E. Finegan, of New York City, for respondent.

PER CURIAM.   [1, 2] The original defendant having been dissolved, the action has abated as to it. The moving party, having succeeded to all the rights of the original defendant, is entitled to be substituted as defendant in the action.

The order, therefore, should be modified by providing that the commissioner of insurance of the commonwealth of Pennsylvania be substituted in place of the original defendant, and, as so modified, affirmed, without costs.   Settle order on notice.

⬳For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes